[Cite as *State v. Cornick*, 2013-Ohio-5249.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
No. 99609

## STATE OF OHIO

PLAINTIFF-APPELLANT

vs.

## PHILLIP R. CORNICK, ET AL.

DEFENDANTS-APPELLEES

## JUDGMENT:
DISMISSED

Criminal Appeal from the
Cuyahoga County Court of Common Pleas
Case No. CR-563092

BEFORE:  Stewart, A.J., Keough, J., and E.T. Gallagher, J.

RELEASED AND JOURNALIZED:  November 27, 2013

**ATTORNEYS FOR APPELLANT**

Timothy J. McGinty
Cuyahoga County Prosecutor

BY:   Christopher D. Schroeder
          Daniel M. Kasaris
          Matthew E. Meyer
Assistant County Prosecutors
The Justice Center
1200 Ontario Street, 8th Floor
Cleveland, OH   44113


**ATTORNEYS FOR APPELLEES PHILLIP CORNICK, RICHARD UPCHURCH, P & E TECHNOLOGIES, INC. AND VS2 WORLDWIDE COMMUNICATIONS, L.L.C.**

Donald J. Malarcik
The Gothic Building
54 E. Mill Street, Suite 400
Akron, OH   44308

Mark E. Schamel
Cathy A. Hinger
Joshua D. Greenberg
Womble, Carlyle, Sandridge & Rice, L.L.P.
1200 Nineteenth Street, N.W., Suite 500
Washington, DC   20036

**ATTORNEY FOR APPELLEE GEORGE GEORGEKOPOULOS**

David G. Phillips
17921 Lakeshore Boulevard
Cleveland, OH   44119

**ATTORNEY FOR APPELLEE PETE GEORGEKOPOULOS**

Edward A. Heffernan
Skylight Office Tower

1660 West 2d Street, Suite 410
Cleveland, OH 44113

**ATTORNEY FOR APPELLEES CHRISTOS KARASARIDES, JR., CKARE CORP., AND ELITE ENTERTAINMENT, INC. DBA VS2 MARKETING GROUP**

Brian Pierce
The Gothic Building
54 East Mill Street, Suite 400
Akron, OH    44308

**ATTORNEY FOR APPELLEE MICHAEL KOTY**

Gregory S. Robey
Robey & Robey
14402 Granger Road
Maple Hts., OH 44137

**ATTORNEYS FOR APPELLEE MARTIN SARCYK**

Mark R. DeVan
Steven D. Shafron
Berkman, Gordon, Murray & DeVan
55 Public Square, Suite 2200
Cleveland, OH    44113

**ATTORNEYS FOR APPELLEE NEIL SARCYK**

Clare C. Christie
Roger M. Synenberg
Synenberg & Associates, L.L.C.
55 Public Square, Suite 1200
Cleveland, OH    44113

MELODY J. STEWART, A.J.:

**{¶1}** Sua sponte, it appears that the lower court case number listed in the notice of appeal, CR-563092, has been dismissed without prejudice by the court of common pleas because the state of Ohio has reindicted the remaining defendants under a new court of common pleas case number. Our appellate jurisdiction extends only to CR-563092, the case actually appealed to this court. *See Marcum v. Colonial Ins. Co. of Wisconsin*, 10th Dist. Franklin No. 02AP-917, 2003-Ohio-4369, ¶ 20; *State v. Steers*, 4th Dist. Washington No. 11CA33, 2013-Ohio-3266, ¶ 1. Because a dismissal without prejudice is not a final order under R.C. 2505.02, *State v. Craig*, 116 Ohio St.3d 135, 2007-Ohio-5752, 876 N.E.2d 957, ¶ 8, we have no jurisdiction over this interlocutory appeal.

**{¶2}** Accordingly, the appeal is dismissed.

It is ordered that appellees recover of appellant their costs herein taxed.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____

MELODY J. STEWART, ADMINISTRATIVE JUDGE

KATHLEEN ANN KEOUGH, J., and
EILEEN T. GALLAGHER, J., CONCUR